PATRICIA K. GILLETTE (STATE BAR NO. 74461)
pgillette@orrick.com
ANDREW R. LIVINGSTON (STATE BAR NO. 148646)
alivingston@orrick.com
AMIRA B. DAY (STATE BAR NO. 239045)
aday@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Defendants
TYCO ELECTRONICS CORPORATION and
TYCO ELECTRONICS (US) INC., erroneously sued as TYCO
INTERNATIONAL (US) INC.

FILED
2010 FEB -4 P 3: 36
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 10  516  JCS

| | |
|---|---|
| ANTHONY VILLA, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TYCO ELECTRONICS CORPORATION, a corporation; TYCO INTERNATIONAL (US) INC., a corporation; and DOES 1 through 50 inclusive. | Case No.<br><br>DECLARATION OF JANINE M. BRYANT IN SUPPORT OF NOTICE OF REMOVAL BY DEFENDANTS TYCO ELECTRONICS CORPORATION AND TYCO ELECTRONICS (US) INC. |

DECLARATION IN SUPPORT OF NOTICE OF REMOVAL.

OHS West:260835764.3

I, Janine M. Bryant, hereby declare as follows:

1. I am currently Assistant Secretary for Defendant Tyco Electronics Corporation ("TEC"). I make this Declaration in support of Defendants TEC's and Tyco Electronics (US) Inc., erroneously sued as Tyco International (US) Inc.'s, Notice of Removal. All of the information set forth herein is based on my personal knowledge, or information and belief based on reports provided to our offices by TEC's Human Resources department and operating business. If called and sworn as a witness, I could and would competently testify thereto.

2. In my capacity as Assistant Secretary, I am readily familiar with TEC's day to day business operations and corporate structure and governance, and have access to information concerning TEC's employees and payroll.

3. Defendant TEC is a corporation incorporated under the laws of the Commonwealth of Pennsylvania, with its corporate headquarters located in Berwyn, Pennsylvania. A reasonable search and diligent inquiry confirms that TEC is the current or former employer of Plaintiff Anthony Villa ("Plaintiff") and the putative class members in this action.

4. Defendant Tyco Electronics (US) Inc., erroneously sued as Tyco International (US) Inc., is, and has been at all times since this action was filed, a corporation incorporated under the laws of the state of Nevada. Tyco Electronics (US) Inc. currently employs no employees and operates as a holding company for TEC. Tyco Electronics (US) Inc. maintains its records in Pennsylvania and California, and its principal place of business is, and has been at all times since this action was filed, in Menlo Park, California. A reasonable search and diligent inquiry confirms that during the alleged class period, Tyco Electronics (US) Inc. did not employ Plaintiff or any member of the putative class, nor did it have any involvement, control, or influence over any aspect of their employment or compensation.

5. A diligent search and reasonable inquiry, including a review of data provided by TEC's Human Resources department confirms that with regard to TEC employees, the following is accurate:

    a. Between December 24, 2006 and the present, in excess of 1,200 non-exempt employees employed in California left TEC's employ;

DECLARATION IN SUPPORT OF NOTICE OF REMOVAL.

OHS West:260835764.3

1. b. In 2006 through the present, the average hourly rate of pay for TEC's non-exempt employees employed in California exceeded $18.00.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 4th day of February, 2010, at Middletown, Pennsylvania.

**Tyco Electronics Corporation**

by: _/s/ Janine M. Bryant_
Janine M. Bryant
Assistant Secretary