1  PETER M. HART (STATE BAR NO. 198691)
   hartpeter@msn.com
2  KIMBERLY WESTMORELAND (STATE BAR NO. 237919)
   kwestmoreland.loph@gmail.com
3  LAW OFFICES OF PETER M. HART
   13592 Bora Bora Way, F-320
4  Marina Del Rey, CA 90292
   Telephone:   +1-310-478-5789
5  Facsimile:   +1-509-561-6441

6  KENNETH H. YOON (STATE BAR NO. 198443)
   kyoon@yoon-law.com
7  LINDA WHITEHEAD (STATE BAR NO. 222799)
   lwhitehead@yoon-law.com
8  MELISSA COYLE (STATE BAR NO. 232775)
   mcoyle@yoon-law.com
9  LAW OFFICES OF KENNETH H. YOON
   One Wilshire Blvd., Suite 2200
10 Los Angeles, CA 90017
   Telephone:   +1-213-612-0988
11 Facsimile:   +1-213-947-1211

12 Attorneys for Plaintiff
   ANTHONY VILLA

14 Attorneys for Defendant on next page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VILLA, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TYCO ELECTRONICS CORPORATION, a corporation; and DOES 1 through 50 inclusive,<br><br>Defendants. | **Case No. CV 10-00516 MHP**<br><br>STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND TIME TO FILE MOTIONS, OPPOSITIONS/DISCOVERY STATEMENTS, AND REPLIES |

1
2  PATRICIA K. GILLETTE (STATE BAR NO. 74461)
   pgillette@orrick.com
3  ANDREW R. LIVINGSTON (STATE BAR NO. 148646)
   alivingston@orrick.com
4  AMIRA B. DAY (STATE BAR NO. 239045)
   aday@orrick.com
5  LENA P. RYAN (STATE BAR NO. 258782)
   lenaryan@orrick.com
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
7  405 Howard Street
   San Francisco, CA  94105-2669
8  Telephone:    +1-415-773-5700
   Facsimile:     +1-415-773-5759
9
   Attorneys for Defendant
10 TYCO ELECTRONICS CORPORATION

11            Pursuant to Civil Local Rule 6-2, plaintiff Anthony Villa ("Plaintiff") and

12 defendant Tyco Electronics Corporation, ("Defendant"), hereby request that the Court grant the

13 parties an extension of the deadlines to file motions, oppositions/discovery statements, and replies

14 as outlined below.  In support of this request, the parties represent and stipulate as follows:

15            1. On May 17, 2010, following the case management conference, the Court

16 issued a scheduling order setting July 19, 2010 as the deadline to file motions; August 2, 2010 as

17 the deadline to file oppositions/discovery statements; August 9, 2010 as the deadline to file

18 replies; and August 23, 2010 as the hearing date for motions.

19            2. Defendant took Plaintiff's deposition on June 17, 2010, which was the

20 earliest date available for the parties following the case management conference.

21            3. Defendant contends there are additional documents necessary for its motion

22 for summary judgment, including telephone and bank/credit card records, though Plaintiff has

23 testified that he has produced all of the documents requested in his possession.  The parties are

24 meeting and conferring in an effort to resolve this issue.

25            4. Defendant also did not receive a final copy of the transcript of Plaintiff's

26 deposition until the evening of June 29, 2010.  Thus, although plaintiff's deposition was

27 scheduled for the earliest date available for the parties following the case management

28 conference, with the timing of the deposition and the turn-around time for the deposition

transcript, Defendant did not receive a final copy of the transcript until three weeks prior to the current deadline to file motions. Further, the fourth of July holiday falls right in this period, and defense counsel has travel plans with their respective families which they cannot reschedule. Defendant believes that it needs sufficient time to review the transcript and conduct any necessary further investigation before it can file its motion for summary judgment.

5. Extending the current deadlines as outlined below will allow the parties time to meet and confer regarding additional documents Defendant contends it needs and for Defendant to review the final deposition transcript in order to prepare its motion for summary judgment. It will also allow sufficient time for Plaintiff to oppose Defendant's motion and/or file a discovery statement, and for Defendant to reply to Plaintiff's opposition prior to the hearing on the motion.

- Motions to be filed: 8/13/10
- Oppositions/Discovery Statement to be filed: 8/27/10
- Reply to be filed: 9/3/10
- Hearing: 9/17/10 or as soon thereafter as the Court prefers.

For the reasons stated above, the parties respectfully request that the Court grant their request to extend the current deadlines to the dates outlined in Paragraph 5 above.

IT IS SO STIPULATED.

Dated: June 30, 20010

/s/
KIMBERLY WESTMORELAND
LAW OFFICES OF PETER M. HART

Attorneys for Plaintiff
ANTHONY VILLA

Dated: June 29, 2010

/s/
AMIRA B. DAY
ORRICK, HERRINGTON & SUTCLIFFE LLP

Attorneys for Defendant
TYCO ELECTRONICS CORPORATION

### ~~[PROPOSED]~~ ORDER

Pursuant to the parties' stipulation, the hearing date and deadlines to file motions, oppositions/discovery statements, and replies shall be extended as follows:

- Motions to be filed: 8/13/10
- Oppositions/Discovery Statement to be filed: 8/27/10
- Replies to be filed: 9/3/10
- Hearing set for : 9/20/2010 at 2:00 p.m.

IT IS SO ORDERED.

Dated: July 1, 2010

_____
Hon. Ma[rilyn H. Patel]
United S[tates District Judge]



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

- 3 -

STIPULATION AND [PROPOSED] ORDER CHANGING TIME
CASE NO. CV 10-00516 MHP