PETER M. HART (STATE BAR NO. 198691)
hartpeter@msn.com
KIMBERLY WESTMORELAND (STATE BAR NO. 237919)
LAW OFFICES OF PETER M. HART
13592 Bora Bora Way, F-320
Marina Del Rey, CA 90292
Telephone:    +1-310-478-5789
Facsimile:    +1-509-561-6441

KENNETH H. YOON (STATE BAR NO. 198443)
kyoon@yoon-law.com
LINDA WHITEHEAD (STATE BAR NO. 222799)
MELISSA COYLE (STATE BAR NO. 232775)
LAW OFFICES OF KENNETH H. YOON
One Wilshire Blvd., Suite 2200
Los Angeles, CA 90017
Telephone:    +1-213-612-0988
Facsimile:    +1-213-947-1211

Attorneys for Plaintiff
ANTHONY VILLA

Attorneys for Defendant on next page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY VILLA, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TYCO ELECTRONICS CORPORATION, a corporation; and DOES 1 through 50 inclusive,<br><br>Defendants. | **Case No. CV 10-00516 MHP**<br><br>STIPULATION AND [PROPOSED] ORDER CHANGING HEARING DATE AND TIME TO FILE MOTIONS, OPPOSITIONS/DISCOVERY STATEMENTS, AND REPLIES<br><br> * **As amended by Court** |

1  PATRICIA K. GILLETTE (STATE BAR NO. 74461)
   pgillette@orrick.com
2  ANDREW R. LIVINGSTON (STATE BAR NO. 148646)
   alivingston@orrick.com
3  AMIRA B. DAY (STATE BAR NO. 239045)
   aday@orrick.com
4  LENA P. RYAN (STATE BAR NO. 258782)
   lenaryan@orrick.com
5  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
6  405 Howard Street
   San Francisco, CA  94105-2669
7  Telephone:     +1-415-773-5700
   Facsimile:      +1-415-773-5759
8
   Attorneys for Defendant
9  TYCO ELECTRONICS CORPORATION

10             Pursuant to Civil Local Rule 6-2, plaintiff Anthony Villa ("Plaintiff") and

11  defendant Tyco Electronics Corporation, ("Defendant"), hereby request that the Court grant the

12  parties an extension of the deadlines to file motions, oppositions/discovery statements, and replies

13  as outlined below.  In support of this request, the parties represent and stipulate as follows:

14             1. On May 17, 2010, following the case management conference, the Court

15  issued a scheduling order setting July 19, 2010 as the deadline to file motions; August 2, 2010 as

16  the deadline to file oppositions/discovery statements; August 9, 2010 as the deadline to file

17  replies; and August 23, 2010 as the hearing date for motions.

18             2. Pursuant to the parties' stipulation, on July 1, 2010, the Court extended

19  these deadlines, setting August 13, 2010 as the deadline to file motions; August 27, 2010 as the

20  deadline to file oppositions/discovery statements; September 3, 2010 as the deadline to file

21  replies; and September 20, 2010 as the hearing date for motions.

22             3. Defendant took Plaintiff's deposition on June 17, 2010, which was the

23  earliest date available for the parties following the case management conference.

24             4. At the deposition, Defendant learned of certain documents responsive to its

25  requests for production of documents, including telephone records and bank/credit card

26  statements.  Defendant believes that obtaining these documents is necessary before it can file its

27  motion for summary judgment.  Since July 1, 2010, the parties have met and conferred regarding

1  this issue and Plaintiff has agreed to provide these documents subject to objections and redaction
2  for private information, but needs additional time to do so.

3       5.  Extending the current deadlines as outlined below will allow Plaintiff
4  sufficient time to provide the requested documents to Defendant, and for Defendant to consider
5  these documents in preparing its motion for summary judgment.  It will also allow sufficient time
6  for Plaintiff to oppose Defendant's motion or file a discovery statement, and for Defendant to
7  reply to Plaintiff's opposition prior to the hearing on the motion.

- Motions to be filed: September 17, 2010.
- Opposition/Discovery Statement to be filed: October 1, 2010.
- Reply to be filed: October 8, 2010
- Hearing: October 15, or as soon thereafter as the Court prefers.

For the reasons stated above, the parties respectfully request that the Court grant their request to extend the current deadlines to the dates outlined in Paragraph 5 above.

IT IS SO STIPULATED.
Dated:  August 5, 2010

       /s/
KIMBERLY WESTMORELAND
LAW OFFICES OF PETER M. HART

Attorneys for Plaintiff
ANTHONY VILLA

Dated:  August 5, 2010

       /s/
AMIRA B. DAY
ORRICK, HERRINGTON & SUTCLIFFE LLP

Attorneys for Defendant
TYCO ELECTRONICS CORPORATION

I hereby attest that the content of this document is acceptable to all persons whose signatures are indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:  August 5, 2010

       /s/
AMIRA B. DAY
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Defendant TYCO ELECTRONICS
CORPORATION

# [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, the hearing date and deadlines to file motions, oppositions/discovery statements, and replies shall be extended as follows:

- Motions to be filed: September 17, 2010.
- Opposition/Discovery Statement to be filed: October 1, 2010.
- Reply to be filed: October 8, 2010
- Hearing:  10/25/2010 at 2:00 p.m.

IT IS SO ORDERED.

Dated: August _6_, 2010

_____
Hon. Marilyn H. Patel
United States District Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel (signed)*